# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**WALLACE GODWIN,**
        Plaintiff,

                                                    **Case No.  2:17cv272**

**v.**

**U.S. FEDERAL GOVERNMENT,**

        Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED GRANTING** that Defendant's Motion to Dismiss, ECF No. 12, is GRANTED.

DATED: October 6, 2017                                        FERNANDO GALINDO, Clerk

                                                                                  By_____/s/_____
                                                                                   E. Price, Deputy Clerk